**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———

**No. 05-7413**

———

NATHANIEL H. JONES, a/k/a Nathaniel Hampton
Jones, a/k/a Nathaniel Jones, a/k/a Nathaniel
Hampton,

Petitioner - Appellant,

versus

STATE OF SOUTH CAROLINA; HENRY MCMASTER,
Attorney General of South Carolina,

Respondents - Appellees.

———

Appeal from the United States District Court for the District of
South Carolina, at Charleston. G. Ross Anderson, Jr., District
Judge. (CA-04-1768-2)

———

Submitted: November 14, 2005      Decided: December 7, 2005

———

Before NIEMEYER, MICHAEL, and KING, Circuit Judges.

———

Dismissed by unpublished per curiam opinion.

———

Nathaniel H. Jones, Appellant Pro Se. William Edgar Salter, III,
OFFICE OF THE ATTORNEY GENERAL OF SOUTH CAROLINA, Columbia, South
Carolina, for Appellees.

———

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Nathaniel H. Jones seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We dismiss the appeal as duplicative because this court disposed of prior appeals from this same order. See Jones v. South Carolina, 141 F. App'x 161 (4th Cir. 2005) (unpublished). We deny Jones's motion for a certificate of appealability as unnecessary. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED